No. 549.   WEST PUBLISHING Co. *v.* SUPERIOR COURT OF CALIFORNIA.   January 18, 1943.   Petition for writ of certiorari to the Supreme Court of California denied. *Messrs. John W. Preston* and *Charles N. Orr* for petitioner.   *Messrs. Earl Warren,* Attorney General of California, and *H. H. Linney,* Assistant Attorney General, for respondent.

No. 571.   ROCKMORE, TRUSTEE IN BANKRUPTCY, *v.* LEHMAN ET AL.   January 18, 1943.   Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.   *Mr. David Haar* for petitioner.   *Mr. Louis J. Castellano* for Mathilde Lehman; and *Mr. Jacob M. Zinaman* for Joseph S. Abrams,—respondents.

No. 583.   SUFFOLK SECURITIES CORP. *v.* COMMISSIONER OF INTERNAL REVENUE.   January 18, 1943.   Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.   *Messrs. David A. Buckley, Jr., Loring M. Black,* and *Harvey L. Rabbitt* for petitioner. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key, Samuel H. Levy,* and *Carlton Fox* for respondent.

No. 588.   MASSACHUSETTS BONDING & INSURANCE Co. *v.* WINTERS NATIONAL BANK & TRUST Co., ADMINISTRATOR.   January 18, 1943.   Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Clifford R. Curtner* for petitioner.   *Mr. Robert E. Cowden* for respondent.

No. 590.   CHICAGO, ST. PAUL, MINNEAPOLIS & OMAHA RAILWAY Co. *v.* MULDOWNEY, SPECIAL ADMINISTRATRIX.